# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BUNNY LONA,<br><br>Plaintiff,<br><br>v.<br><br>BUSHNELL INC. d/b/a UNCLE MIKE'S; MICHAELS OF OREGON, INC., and JOHN DOES 2-10,<br><br>Defendants. | CV-19-37-BU-BMM-KLD<br><br>**ORDER** |

The Court has been informed that this case has settled. (Doc. 70.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before March 23, 2021, or show good cause for their failure to do so.

DATED this 23rd day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

-1-